**Alexander S. ROUNDTREE, Petitioner–Appellant,**

v.

**Doug CATOE, Director; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–6363.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Alexander S. Roundtree, pro se. Jeffrey Alan Jacobs, Office of the Attorney General, Columbia, SC, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Alexander S. Roundtree seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Roundtree v. Catoe*, No. CA–00–848–0–24BD (D.S.C. filed Jan. 30, 2001; entered Feb. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*